IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA | **I N D I C T M E N T** |
| v. | Case No. _____ |
| HERY JOAMEL VELEZ FELICIANO, a/k/a EDDIE MONEY | Violation: 21 U.S.C. § 846 |

**Conspiracy to Possess with Intent to Distribute and Distribute a Controlled Substance**

The Grand Jury Charges:

From in or about January 2023 through the date of this Indictment, in the Districts of North Dakota, Arizona, and elsewhere,

HERY JOAMEL VELEZ FELICIANO, a/k/a EDDIE MONEY,

did knowingly and intentionally combine, conspire, confederate, and agree together and with others, both known and unknown to the grand jury, to possess with intent to distribute and distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

Drug Quantity

The amount involved in this conspiracy attributable to HERY JOAMEL VELEZ FELICIANO, a/k/a EDDIE MONEY, as a result of his own conduct, and of the conduct of other conspirators reasonably foreseeable to him, is 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(A)(ii).

Prior Conviction

Before committing the instant offense, HERY JOAMEL VELEZ FELICIANO, a/k/a EDDIE MONEY, had a final conviction for a serious drug felony, namely, a conviction in the Thirteenth Judicial Circuit Court, Hillsborough County, State of Florida, Case No. 14-CF-011177-A, by judgment entered on or about February 19, 2016, under Florida Statutes Section 893.135(1)(b)(1)(a) – Trafficking in Cocaine, for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

Overt Acts

In furtherance of this conspiracy and to effect and accomplish its objects, one or more conspirators committed the following overt acts:

1. It was a part of said conspiracy that one or more conspirators possessed with intent to distribute and did distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, within the states of North Dakota, Arizona, and elsewhere;

2. It was further a part of said conspiracy that one or more conspirators would and did attempt to conceal their activities;

3. It was further a part of said conspiracy that one or more conspirators would and did use telecommunication facilities, including cellular telephones, to facilitate the distribution of cocaine;

4. It was further a part of said conspiracy that one or more conspirators would and did use United States currency in their drug transactions;

5. It was further a part of said conspiracy that one or more conspirators possessed firearms during, in relation to, and in furtherance of the conspiracy;

6. It was further a part of said conspiracy that one or more conspirators traveled between the states of North Dakota and Arizona to obtain, transport, and distribute cocaine;

In violation of Title 21, United States Code, Section 846, and <u>Pinkerton v. United States</u>, 328 U.S. 640 (1946).

A TRUE BILL:

/s/ Foreperson_____
Foreperson

/s/ Mac Schneider
MAC SCHNEIDER
United States Attorney

MPK/tmg